Nehemiah **ROBINSON,** Plaintiff–Appellant,

v.

M. **PENNER; et al.,** Defendants–Appellees.

No. 08–16604.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Nehemiah Robinson, Corcoran, CA, pro se.

* The panel unanimously concludes this is case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dayton Van Vranken Longyear, Esquire, Jennifer Marquez, Longyear, O'Dea & Lavra, LLP, Kevin W. Reager, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Nehemiah Robinson, a California state prisoner, appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment to defendants because Robinson failed to raise a genuine issue of material fact as to whether the treatment for his arthritis "was medically unacceptable under the circumstances and was chosen in conscious disregard of an excessive risk to [his] health." *Id.* at 1058 (explaining that a difference of medical opinion is insufficient, as a matter of law, to establish deliberate indifference) (citation and internal quotation omitted).

Robinson's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.